# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5028**                          **September Term, 2024**

**1:25-cv-00385-ABJ**

**Filed On:** February 13, 2025

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

       Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

       Appellants

**BEFORE:**    Katsas, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, it is

**ORDERED** that appellee file a response to the emergency motion by 6:00 p.m. on February 13, 2025.

## Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
              Selena R. Gancasz
              Deputy Clerk